SEVENTY NINE DELANCEY CORPORATION v. MERIDAN HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Callahan, JJ.

CANADA DRY GINGER ALE, INCORPORATED, v. J. CHR. G. HUPFEL BREWING CORPORATION and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of J. WALTER SHERMAN and Sixty-five Others Similarly Situated on the Eligible List for Social Investigator for the Department of Public Welfare of the City of New York against WILLIAM HODSON, Commissioner, Department of Public Welfare, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DONALD F. TRIPP v. PAUL S. VAN BAARN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ELLSWORTH MOATS and Others for an Order against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others. DAVID SCHUMAN, Intervenor.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ARTHUR A. PARKER v. PHELPS DODGE CORP. and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

TIER REALTY CORPORATION v. BLUMCHESTER REALTY CORP. and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of PAUL MEYER for an Order against SIGISMUND S. GOLDWATER, Commissioner of Hospitals of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

DANIEL E. FINN, JR., as Sheriff of the County of New York, and Another v. ROCKEFELLER CENTER, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SARA H. RICE v. 494 CORP. and DANIEL REEVES, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See ante, p. 1074.]

NEW YORK FOREIGN TRADE ZONE OPERATORS, INC., v. THE STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.